# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2012

143419-22(104)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOHN M. CHASE, JR. and MELVIN D.
JEFFERSON as Personal Representatives
for the Estate of ROSA LOUISE PARKS,
      Petitioners-Appellees,

v

RAYMOND AND ROSA PARKS INSTITUTE
FOR SELF-DEVELOPMENT and ELAINE
STEELE,
      Respondents-Appellants,

and

SYLVESTER JAMES MCCAULEY, DEBORAH
ANN ROSS, ASHEBER MACHIRIA, ROBERT
DUANE MCCAULEY, MARY YVONNE
TRUSEI, ROSALIND ELAINE BRIDGEFORTH,
RHEA DARCELLE MCCAULEY, SUSAN DIANE
MCCAULEY, SHIRLEY MCCAULEY JENKINS,
SHEILA GAYE KEYS, RICHARD MCCAULEY,
WILLIAM MCCAULEY, CHERYL
MARGUARITE MCCAULEY, SYLVESTER
MCCAULEY III, LONNIE MCCAULEY, and
URANA MCCAULEY,
      Respondents-Appellees.

SC: 143419-22
COA: 293897; 293899;
    296294; 296295
Wayne PC:   2005-698046-DE;
         2006-707697-TV

_____/

On order of the Chief Justice, the motion to seal the record is DENIED as untimely, but this order does not affect any prior orders of the lower courts with respect to the sealing of their respective files.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2012

p0125

Clerk